IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANGELA TRISHAWN WILLIAMS,<br>Petitioner | §<br>§<br>§ | |
| V. | § | CIVIL ACTION NO. C-07-177 |
| | § | |
| NATHANIEL QUARTERMAN<br>Respondent | §<br>§<br>§ | |

## MEMORANDUM AND RECOMMENDATION

Petitioner, an inmate in Gatesville, Texas, filed this *pro se* petition pursuant to 28 U.S.C. § 2254, challenging her 2006 Bee County conviction for aggravated assault. Pending is petitioner's application for leave to proceed *in forma pauperis* (D.E. 2).

Petitioner's *in forma pauperis* data sheet reflects that as of April 12, 2007, petitioner had a balance of $990.36 in her inmate trust account. The filing fee for filing a habeas corpus petition is $5.00. Petitioner can afford to pay the fee.

## RECOMMENDATION

It is respectfully recommended that petitioner's application for leave to proceed *in forma pauperis* (D.E. 2) be denied without prejudice and that petitioner be ordered to pay the filing fee within twenty days.

Respectfully submitted this 20th day of April, 2007.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within **TEN (10) DAYS** after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1)(C) and Article IV, General Order No. 80-5, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within TEN (10) DAYS after being served with a copy shall bar that party, except upon grounds of *plain error,* from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. Douglass v. United Servs. Auto Ass'n, 79 F.3d 1415 (5th Cir. 1996) (en banc).