IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANGELA TRISHAWN WILLIAMS, | § | |
|     Petitioner | § | |
| | § | |
| V. | § | C.A. NO. C-07-177 |
| | § | |
| NATHANIEL QUARTERMAN, Director | § | |
| Texas Dept. of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
|     Respondent. | | |

## ORDER TO PRODUCE EVIDENCE

An issue has been raised regarding a delay in the decision to bring a motion to revoke petitioner's probation in a 1996 assault case. In an effort to resolve the issue, respondent is ordered to produce the following documents:

1. A transcript of the revocation hearing held on March 7, 2006 in Cause No. B-96-2043-0-CR-B in the 156th Judicial District Court of Bee County, Texas;

2. Records and/or affidavits explaining the delay in filing the Bee County motion to revoke probation. In addition, respondent shall provide copies of all documentation in petitioner's probation file relating to the decision to revoke her probation.

Respondent is ordered to produce the evidence on or before November 29, 2007, and is ordered to provide a copy of the evidence to petitioner. Respondent may also file a supplemental motion for summary judgment and brief on or before the same day.

Petitioner may file a supplemental response no later than 20 days after her receipt of respondent's evidence and/or brief.

    ORDERED this 31st day of October, 2007.

                                                              _____
                                                                B. JANICE ELLINGTON
                                                            UNITED STATES MAGISTRATE JUDGE